UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                :

    - v -                                                                  :          NOTICE OF INTENT TO
                                                                                                                                  FILE AN INFORMATION

JAMES NEFF,                                             :

           Defendant.                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:     White Plains, New York
              June 3, 2025

                                  JAY CLAYTON
                                  United States Attorney

         By:     _____
                   Justin L. Brooke
                   Assistant United States Attorney

                                  AGREED AND CONSENTED TO:

         By:     _____
                   Benjamin Gold
                   Attorney for JAMES NEFF